Ted M. Lee, Esq. (Bar No.: 162161)
Tony J. Cheng, Esq. (Bar No.: 235009)
**THE LEE LAW GROUP, PC**
17310 Red Hill Avenue, Suite 350
Irvine, California 92614
(949) 271-9333 Telephone
(949) 271-9334 Facsimile
Attorneys for Defendant THE JOHN STEWART COMPANY

Richard G. Somes, Esq.
Heather R. Whitehead, Esq.
Tyson & Mendes
17885 Von Karman Avenue, Suite 450
Irvine, CA 92614
Attorneys for Defendant FULLERTON SUPPORTIVE HOUSING, L.P

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH COOK, an Individual; LIRVANEETHZA COOK, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FULLERTON SUPPORTIVE HOUSING, L.P., a California Limited Partnership; THE JOHN STEWART COMPANY, a California Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO.: 8:19-cv-00383-PSG-ADS** <br> *Judge: Hon. Philip S. Gutierrez* <br><br> **DEFENDANTS' OFFER OF JUDGMENT PER FEDERAL RULES OF CIVIL PROCEDURE 68** |

- 1 -
**DEFENDANTS' OFFER OF JUDGMENT PER FEDERAL RULES OF CIVIL PROCEDURE 68**

1  AND ALL RELATED CROSS-
2  ACTIONS.

3       Defendants FULLERTON SUPPORTIVE HOUSING, L.P.
4  ("FULLERTON") and THE JOHN STEWART COMPANY ("JSC") (collectively
5  "Defendants") hereby offer to allow entry of judgment to be taken against them by
6  Plaintiffs JOSEPH COOK and LIRVANEETHZA COOK (collectively
7  "Plaintiffs") pursuant to Rule 68 of the Federal Rules of Civil Procedure as
8  follows:
9       1.    In the amount of $73,750.00 (Seventy-Three Thousand Seven
10 Hundred Fifty Dollars and 00/100) to plaintiff JOSEPH COOK against
11 FULLERTON;
12      2.    In the amount of $73,750 (Seventy-Three Thousand Seven Hundred
13 Fifty Dollars and 00/100) to plaintiff LIRVANEETHZA COOK against
14 FULLERTON;
15      3.    In the amount of $73,750 (Seventy-Three Thousand Seven Hundred
16 Fifty Dollars and 00/100) to plaintiff JOSEPH COOK against JSC; and
17      4.    In the amount of $73,750 (Seventy-Three Thousand Seven Hundred
18 Fifty Dollars and 00/100) to plaintiff LIRVANEETHZA COOK against JSC.
19      Plaintiffs' acceptance of the foregoing offers made to them is *expressly*
20 *contingent* upon (i) each Plaintiff accepting the offer of both Defendants to
21 him/her; *and* (ii) the other Plaintiff accepting the offers of both Defendants to
22 him/her.  Plaintiffs' attempt to accept less than all of the offers enumerated as 1-4
23 above is invalid and shall be deemed a rejection of this offer.
24      The offers set forth above shall be the total amount to be paid by Defendants
25 to Plaintiffs on account of any and all liability claimed in this action, including all
26 costs of suit, statutory penalties, and attorney's fees otherwise recoverable in this
27 action.
28 ///

THE LEE LAW GROUP, PC
17310 Red Hill Avenue, Suite 350
Irvine, California 92614
(949) 271-9333 Telephone
(949) 271-9334 Facsimile

If Plaintiffs do not accept these offers, they may become obligated to pay Defendants' costs incurred after the making of these offers in the event Plaintiffs do not recover a judgment that is more favorable than these offers of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept these offers, Plaintiffs must serve written notice of acceptance thereof within fourteen (14) days of the date made.

These offers are not to be construed in any way as an admission of liability by the Defendants, but rather are made solely for the purpose of compromising disputed claims. Defendants expressly deny liability to Plaintiffs for any amount.

Dated: September 4, 2020

By     /s/Tony J. Cheng, Esq.
The Lee Law Group, PC
Ted M. Lee, Esq.
Tony J. Cheng, Esq.
Attorneys for Defendant The John Stewart Company

Dated: September 4, 2020

By     /s/
Tyson & Mendes
Richard G. Somes, Esq.
Heather R. Whitehead, Esq.
Attorneys for Defendant Fullerton Supportive Housing, L.P.

- 3 -

**DEFENDANTS' OFFER OF JUDGMENT PER FEDERAL RULES OF CIVIL PROCEDURE 68**

<u>Cook v. Fullerton Supportive Housing, L.P., et al.</u>
United States District Court Case No.: 8:19-cv-00383-PSG-ADS
File No.: 6035

**PROOF OF SERVICE**
(C.C.P. Section 1013 (a) and 2015.5)

I am a citizen of the United States over the age of eighteen years and not a party to or interested in the within entitled cause. I am an employee of The Lee Law Group, PC and my business address is: 17310 Red Hill Avenue, Suite 350, Irvine, CA 92614. I am readily familiar with the business practice for collection and processing correspondence. On this date I caused to be served the following document(s):

# DEFENDANTS' OFFER OF JUDGMENT PER FEDERAL RULES OF CIVIL PROCEDURE 68

☐ **Mail:** by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at Irvine, California, addressed as set forth below.

☐ **Personal Delivery:** by causing to be hand delivered, a true copy thereof to the person at the address below.

☐ **Electronic Mail:** Pursuant to Local Rule 5-3.2, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2019, I checked the CM/ECF docket for this civil case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached service list:

☒ **Electronic Service:** By electronically serving all parties via internet/electronic mail per all parties addressed as set forth below.

*Service by email by agreement of the parties of the documents to the persons at the email addresses we have for the persons on our service list during the coronavirus (COVID-19) pandemic, due to this office working remotely, we are not able to send physical mail as usual and we are therefore using email. No indication that the transmission was unsuccessful was received within a reasonable time (48 hours) after the transmission.*

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. EXECUTED on **September 4, 2020**, at Irvine, California.

TONY J. CHENG, ESQ.
tcheng@leefirm.com

<u>Cook v. Fullerton Supportive Housing, L.P., et al.</u>
United States District Court Case No.: 8:19-cv-00383-PSG-ADS
File No.: 6035

## SERVICE LIST

Craig P. Fagan, Esq.
Craig P. Fagan Law Offices
4512 4th Street
La Mesa, CA 91941
(619) 528-9600 / 303-4814 fax
cpfagan@faganlegal.com
Attys for Plaintiffs

Richard G. Somes, Esq.
Tyson and Mendes LLP
17885 Von Karman Avenue, Ste. 450
Irvine, CA 92614
(858) 459-4400 / 459-3684 fax
hwhitehead@tysonmendes.com
Attys for Fullerton Supportive Housing, L.P.