UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | 8:19-cv-00383-PSG-ADS | Date | September 17, 2020 |
|---|---|---|---|
| Title | Joseph Cook et al v. Fullerton Supportive Housing, L.P. et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION

On September 14, 2020 the Defendants filed an Offer of Judgment [57]. On the same day, Plaintiffs filed a Notice of Acceptance of Offer of Judgment [58]. Accordingly, the Court closes the case.

Initials of Preparer   wh